

# NUMBER 13-18-00308-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE BLUE CREEK REAL PROPERTIES, LLC
### AND THOMAS DAN FRIEDKIN

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Contreras, Longoria, and Hinojosa**
**Order Per Curiam**

Relators Blue Creek Real Properties, LLC and Thomas Dan Friedkin filed a petition for writ of mandamus in the above cause on June 15, 2018. Through this original proceeding, relators seek to quash the deposition of Thomas Dan Friedkin as an "apex" deposition. *See, e.g.*, *In re Alcatel USA, Inc.*, 11 S.W.3d 173, 176 (Tex. 2000) (orig. proceeding). The Court requests that the real party in interest, Gadberry Construction Company, Inc., or any others whose interest would be directly affected by the relief

sought, file a response to the petition for writ of mandamus on or before the expiration of

ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

 IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of June, 2018.